## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY B. BUCKHALT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO: 1:07cv845-SRW** |
| vs. | ) | |
| | ) | |
| **MICHAEL J ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR EXTENSION OF TIME

Comes now the Plaintiff, by and through his attorney, and moves the Court for a 30-day extension of time to and including February 25, 2008, in which to file her brief.

1. In support of this motion, the undersigned would state that due to her overwhelming workload she has contracted with the firm of Bohr and Harrington LLC to prepare the brief in this case. Ms. Bohr has contacted our office requesting that we obtain an extension of time due to previous commitments she has and will not have adequate time to properly prepare the brief in support of this claim.

2. Plaintiff's brief is currently due to the Court on January 26, 2008.

3. No previous motions for an extension of time to file the Plaintiff's brief have been filed.

4. There are no other court imposed deadlines.

5. An extension of time will not pose a hardship on the parties.

6. Defendant has been contacted and has no objections to this extension of time.

Wherefore, we pray that the Court grant a 30-day extension of time, to and including February 25, 2008, within which to file her brief.

## MOTION GRANTED

THIS _18th_ DAY OF _January_ ,20 _08_

_____

**UNITED STATES MAGISTRATE JUDGE**